KC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
LAL
MAY 1 8 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

05C 2974

JUDGE JOHN W DARRAH
MAGISTRATE JUDGE
GERALDINE SOAT BROWN

| | | |
|---|---|---|
| DIANE JANURA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HERITAGE COMMUNICATIONS OF CHICAGO, INC., a Delaware Corporation, and TIMOTHY FERRELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO: Dennis G. Taheny, Ltd.
19 Watergate
S. Barrington, IL 60010
(847) 382-4511

PLEASE TAKE NOTICE that on May 18th, 2005, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendants Heritage Communications of Chicago, Inc. and Timothy Ferrell's NOTICE OF REMOVAL, a copy of which is attached hereto and hereby served upon you.

Dated: May 18, 2005

Respectfully submitted,

Daniel R. Madock

Daniel R. Madock
BARLOW, KOBATA & DENIS
222 S. Riverside Plaza, Suite 1410
Chicago, Illinois 60606
Tel: (312) 648-5570
Fax: (312) 648-9697

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 18th day of May, 2005, a copy of the foregoing NOTICE OF FILING was mailed, first-class, postage prepaid to the following counsel:

Dennis G. Taheny, Ltd.
19 Watergate
S. Barrington, Illinois 60010
(847) 382-4511

Daniel R. Madock
Daniel R. Madock

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED LAL

MAY 1 8 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DIANE JANURA,

Plaintiff,

v.

HERITAGE COMMUNICATIONS OF CHICAGO, INC., a Delaware Corporation, and TIMOTHY FERRELL, individually,

Defendants.

05C 2974

JUDGE JOHN W DARRAH

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**NOTICE OF REMOVAL OF DEFENDANTS**
**HERITAGE COMMUNICATIONS OF CHICAGO, INC. AND TIMOTHY FERRELL**

Defendants Heritage Communications of Chicago, Inc. ("Heritage") and Timothy Ferrell ("Ferrell") by and through their undersigned counsel, Daniel R. Madock of Barlow, Kobata & Denis, hereby removes the state court action entitled *Diane Janura v. Heritage Communications of Chicago, Inc., a Delaware Corporation and Timothy Ferrell, individually*, Case No. 2005-3001199, filed in the Circuit Court of Cook County, Illinois, Third Municipal District, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

**I.**
**INTRODUCTION**

1. On April 14, 2005, Plaintiff Diane Janura commenced this action against Heritage and Ferrell, individually, by filing a Complaint in the Circuit Court of Cook County, Illinois, Third Municipal District. A copy of Plaintiff's complaint is attached as Exhibit 1. Pursuant to the Complaint, Plaintiff seeks to hold Heritage and Ferrell liable for alleged breach of contract as well as alleged violations of the Illinois Sales Representative Act, 820 ILCS 120/0.01 *et. seq.*, the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505 *et. seq.*, the Fair

Labor Standards Act, 29 U.S.C.A. § 203 *et. seq.*, and the Illinois Wage Payment and Collection Act, 820 ILCS 115 *et. seq.*

2. Heritage and Ferrell were served with the Complaint on May ___, 2005. The return date contained in the Summons is May 19, 2005. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1441.

3. There have been no further proceedings in the state court action.

## II.
## REMOVAL BASIS

### A. Removal is Proper Because the Court has Subject Matter Jurisdiction Pursuant to 28 U.S.C. §§ 1331 and 1441.

4. This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441 because the Complaint contains a count alleging a violation of the Fair Labor Standards Act ("FLSA"), which provides that "an action to recover…may be maintained against any employer…in any Federal or State court of competent jurisdiction." 29 U.S.C. § 216(b). That section, therefore, provides the district courts of the United States with original jurisdiction over such a claim. Further, in *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 123 S. Ct. 1882 (2003), the Supreme Court held that FLSA suits filed in state court are removable from state to federal court.

### B. Heritage Has Satisfied the Procedural Requirements for Removal.

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after service of the Complaint.

6. The United States District Court for the Northern District of Illinois embraces the county in which the state court action is now pending. Therefore, the action is properly removed to the Northern District of Illinois pursuant to 28 U.S.C. § 93(a).

7. The Northern District of Illinois, Eastern Division is the district embracing the place where the state court action is pending. Therefore, this action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(d), Heritage is filing written notice of this removal and a copy of the Notice of Removal with the Clerk of the Circuit Court of Cook County – the state court in which this action is currently pending – and will serve a copy of this notice on the Plaintiff.

WHEREFORE, Defendant Heritage respectfully removes this action from the Circuit Court of Cook County, Third Municipal District to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Dated: May 18, 2005

Respectfully submitted,

HERITAGE COMMUNICATIONS OF CHICAGO, INC . and TIMOTHY FERRELL

By: Daniel R. Madock
One of their attorneys

Daniel R. Madock
BARLOW, KOBATA & DENIS
222 S. Riverside Plaza, Suite 1410
Chicago, Illinois 60606
Tel: (312) 648-5570
Fax: (312) 648-9697

# EXHIBIT "1"

(Rev. 9/26/01) CCM 0649 A

# IN THE CIRCUIT COURT OF COOK COUNTY
## THIRD MUNICIPAL DISTRICT

Name all Parties

DIANE JANURA

Plaintiff(s)

v.

Heritage Communications of Chicago, Inc. a Delaware Corporation and Timothy Ferrell individually

Defendant(s)

No. 2005300l199

Amount Claimed $ Not in excess of $100,000.00 plus costs reasonable attorney fees

Return Date 5-19-05

Status Date

Trial Date

Time 9:00 a.m. Room 206

## SUMMONS

To each defendant: 1) Any officer or agent of Heritage Communications of Chicago, Inc.
2) Timothy Ferrell 798 Albion Avenue Schaumburg, IL 60193

**YOU ARE SUMMONED and required:**

1. To file your written appearance by yourself or your attorney and pay the required fee in:

- ☐ District 1: Richard J. Daley Center, Rm. 602, Chicago, IL 60602
- ☒ District 3: 2121 Euclid, Rolling Meadows, IL 60008
- ☐ District 5: 10220 S. 76th Ave., Bridgeview, IL 60455
- ☐ District 2: 5600 Old Orchard Rd., Skokie, IL 60077
- ☐ District 4: 1500 Maybrook Dr., Maywood, IL 60153
- ☐ District 6: 16501 S. Kedzie Pkwy., Markham, IL 60426

on May 19, 2005 before 9:00 A.M. on that date.

2. File your answer to the complaint before 9:00 A.M. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day of appearance.

Appearance Fee:
If claim is:

| | | | |
|---|---|---|---|
| $1500 or less | $110.00 | Over $1500 | $120.00 |
| | | Over $15,000 | $140.00 |

WITNESS DOROTHY BROWN APR 14 2005

DOROTHY BROWN, Circuit Court Clerk

Atty. No.: 70537
Name: DENNIS G. TAHENY, LTD.
Atty. for: Plaintiff
Address: 19 Watergate
City/State/Zip: S. Barrington, IL 60010
Telephone: 847/382-4511

Date of Service:
(To be inserted by officer on copy left with defendant or other person)

SEE REVERSE SIDE

**Service by Facsimile Transmission will be accepted at:
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS )
)
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
THIRD MUNICIPAL DISTRICT

DIANE JANURA )
Plaintiff )
Vs ) NO:
)
HERITAGE COMMUNICATIONS OF CHICAGO, INC.)
A Delaware Corporation and TIMOTHY FERRELL )
Individually )
Defendants )

Amount Claimed: Not in Excess of $100,000.00 plus costs, reasonable attorney fees

FILED 05 APR 14

## COMPLAINT

NOW COMES, Plaintiff, DIANE JANURA, by and through her attorney Dennis G. Taheny, Ltd. and complains of the Defendant, HERITAGE COMMUNICATIONS OF CHICAGO, INC. in Count I through VI and against Defendant, TIMOTHY FERRELL in Count VI as follows:

## COUNT I
## BREACH OF CONTRACT

1. That Plaintiff Diane Janura is and at all relevant times was a resident of Inverness, Illinois.

2. That Defendant, Heritage Communications of Chicago, Inc. is a Delaware Corporation with its office located in Schaumburg, Illinois.

3. That Defendant Heritage Communications of Chicago, Inc. is in the business of building and supplying trade show exhibits and coordinating and/or providing all ancillary materials and services.

4. That Plaintiff for many years had worked in the trade show exhibit house business and had existing clients.

5. That in early 2004, Plaintiff met with Defendants Heritage Communications of Chicago, Inc. and its President, Timothy Ferrell at Defendant's Heritage Communications of Chicago, Inc's. office.

6. That at said meeting, Plaintiff offered to bring her existing clients to Defendant, Heritage Communications of Chicago, Inc.'s exhibit house and solicit new business of Defendant Heritage Communications of Chicago, Inc. in exchange for a commission

payment of 10% of gross billings payable to Plaintiff 60 days after Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. receives payment.

7. That Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. through its President accepted this offer and promised to pay said commissions which constituted an oral contract.

8. That thereafter, Plaintiff brought her client, including Emi-Capitol Music Special Markets,, to the Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. and fully performed all contract conditions precedent to being paid.

9. That during 2004, Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. performed trade show services for the Plaintiff's clients and received payment from these clients.

10. That in breach of said agreement, the Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. has failed to pay Plaintiff all the commission she has earned pursuant to said agreement and Plaintiff has been damaged by the breach in the amount of unpaid commissions.

**WHEREFORE** Plaintiff DIANE JANURA prays for judgment against Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. in the amount of commissions earned not to exceed $100,000.00 plus cost on this Count I.

**COUNT II**
**VIOLATION OF THE ILLINOIS SALES REPRESENTATIVE ACT**
**(820 ILCS 120/0.01 ET. SEQ.)**

1-10. That Plaintiff re-alleges paragraphs 1-10 of Count I as paragraphs 1-10 of Count II.

11. That Plaintiff, DIANE JANURA, is a sales representative as defined under the Illinois Sales Representative Act.

12. That the Illinois Sales Representative Act provides for damage in the amount of three times the amount of commissions owed.

13. That in addition, the Illinois Sales representative Ace, the employer "shall pay the sales representative's reasonable attorney's fee and court costs.

**WHEREFORE** Plaintiff, DIANE JANURA, prays for judgment from Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. in the amount equal to three times the commissions earned not to exceed $100,000.00 including attorney's fees and costs on this Count II.

**COUNT III**
**VIOLATION OF ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT (815 ILCS 505 ET. SEQ.)**

1-7. That Plaintiff re-alleges paragraphs 1-7 of Count I and paragraphs 1-7 Count III.

8. That Defendant's HERITAGE COMMUNICATIONS OF CHICAGO, INC.'s President statement that Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. would pay Plaintiff a 10% commission of business solicited for Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. was false when made.

9. That said statement was a deceptive act and practice by the Defendant, HERITAGE COMMUNICATIONS OF CHICAGO, INC.

10. That the Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. intended that the Plaintiff rely on said statement and the plaintiff did in fact rely upon said statement to Plaintiff's detriment.

11. That Defendant's HERITAGE COMMUNICATIONS OF CHICAGO, INC.'s deceptive statement was made during the Course of Commerce.

12. That upon information and belief Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. has falsely made the same statement to many other sales personnel and the Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. has subsequently failed to pay those omissions.

13. That upon information and belief Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. has engaged in a pattern of underpaying and/or not paying commissions when due.

14. That the Plaintiff has sustained actual damages of the amount of the unpaid commissions.

15. That by failing to pay Plaintiff her "final compensation" upon termination, Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. has committed a Class C misdemeanor (820 ILCS 115/14(a)) as well as a violation of the Illinois Consumer Fraud and Deceptive Business Practice Act (815 ILCS 505 et. seq.).

**WHEREFORE** Plaintiff DIANE JANURA, prays for judgment against Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. in an amount not exceeding $100,000.00 plus reasonable attorney's fees and costs on this Count III.

**COUNT IV**
**CAUSE OF ACTION FOR DAMAGES AS PROCURING CAUSE**

1-10. That Plaintiff re-alleges paragraphs 1-10 of Count I as paragraphs 1-10 of Count IV.

11. That Plaintiff was the procuring cause of bringing clients and customers to the Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. and Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. is obligated to continue paying commission to Plaintiff for all monies collected now and in the future from said customers of Plaintiffs.

**WHEREFORE** Plaintiff DIANE JANURA prays for damages from Defendant, HERITAGE COMMUNICATIONS OF CHICAGO, INC. in the amount not to exceed $100,000.00 plus costs on this Count IV.

**COUNT V**
**VIOLATION OF THE FAIR LABOR STANDARDS ACT**
**(29 USCA Section 203 et. seq.)**

1-3. That Plaintiff re-alleges paragraph 1-3 of Count I and paragraphs 1-3 of Count V.

4. That Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. provides materials and services for trade shows in multiple states throughout the United States.

5. That during 2004, Plaintiff was an employee of Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. and received a W-2 form from the Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. for partial compensation received from the Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. in 2004.

6. That while employed by Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC., Plaintiff was required to attend weekly production meetings and monthly sales meetings.

7. That in addition to sales duties, Plaintiff was also required to perform the job duties of an account manager.

8. That Plaintiff was given an office cubical at the Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC.'s Chicago office and required to be present to coordinate production and services.

9. That Plaintiff was required to sign in and sign out on a daily basis at the Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC.'s office.

10. That although Plaintiff worked as described herein on various jobs, including EMI-Capitol Music Special Markets, Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. has refused to pay Plaintiff for her work as an account manager.

11. That in violation of the Federal Fair Labor Standards Act, the Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. has failed to pay Plaintiff for hours worked as an account manager for Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC.

12. That Federal law required imposition of mandatory attorney fees for violation of the Fair Labor Standards Act (29 USCA Section 216 (b)).

**WHEREFORE** Plaintiff, DIANE JANURA, prays for damages from Defendant, HERITAGE COMMUNCIATIONS OF CHICAGO, INC. in an amount not to exceed $100,000.00 plus reasonable attorney fees and costs on this Count V.

**COUNT VI**
**VIOLATION OF THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT**
**(820 ILCS 115 ET. SEQ.)**

1-10. That Plaintiff re-alleges paragraphs 1-10 of Count I and paragraphs 110 of Count VI.

11. That Plaintiff is no longer employed by Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC.

12. That Defendant, TIMOTHY FERRELL, is still President of Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC.

13. That Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC. and Defendant Timothy Ferrell have failed to pay Plaintiff her "final compensation."

14. That pursuant to 820 ILSC 115/13, Defendant TIMOTHY FERRELL is personally liable for all "final compensation" due to Plaintiff by Defendant HERITAGE COMMUNICATIONS OF CHICAGO, INC.

15. That Plaintiff has made demand for payment of "final compensation" on both Defendants and has been refused payment as evidenced by Exhibit A attached hereto.

**WHEREFORE** Plaintiff, DIANE UJANURA, prays for judgment against Defendants, HERITAGE COMMMUNICATIONS FO CHICAGO, INC. and TIMOTHY FERRELL jointly and severally in an amount not to exceed $100,000.00 on this Count VI.

Plaintiff: DIANE JANURA
By
Dennis D. Taheny, Ltd. her attorney

## VERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

DIANE JANURA

DENNIS G. TAHENY, LTD. #70537
Attorney for the Plaintiff
19 Watergate
South Barrington, IL 60010
847-382-4511

**DENNIS G. TAHENY, LTD.**
**19 Watergate**
**South Barrington, Illinois 60010-9561**

A Professional Law Corporation

847-382-4511(o)
847-382-8221(f)

March 31, 2005

Mr. Timothy Ferrell and
Heritage Communications of Chicago, Inc.
798 Albion Avenue
Schaumburg IL 60193

Certified Mail/RRR #
7002 0510 0003 2272 6052

RE: DIANE JANURA

Dear Mr. Farrell and Heritage Communications of Chicago, Inc.

Demand is hereby made on behalf of our client, Diane Janura, for commissions earned and unpaid, and final compensation due, and for commissions on future matters as the procuring cause, and for compensation for the performance of job duties of an account manager as well as a sales representative.

Payment has heretofore been demanded and is again demanded prior to our filing suit on behalf of our client.

Payment should be made payable to our client Diane Janura, and delivered to our offices together with a full accounting for the monies being transmitted.

Absent receipt by return mail, be advised suit will be filed.

Very truly yours

Dennis G. Taheny, Esq.

dgt:sf

dc: Above addressee via regular mail
Diane Janura

EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Timothy Ferrell and
Heritage Communications of
Chicago, Inc.
798 Albion AVenue
Schaumburg IL 60193

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*) Gina Donnelly

B. Date of Delivery 4/4/05

C. Signature X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. 7002 0510 0003 2272 6052

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

SCHAUMBURG, IL 60193

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: |
| Total Postage & Fees | $ 4.42 | 04/01/05 |

Sent To Mr. Timothy Ferrell and Heritage Communications of Chicago, Inc.
Street, Apt. No.; or PO Box No. 798 Albion Avenue
City, State, ZIP+4 Schaumburg, IL 60193

ARLINGTON HEIGHTS IL APR 60004 9669

PS Form 3800, January 2001 See Reverse for Instructions

Janura/Heritage Communications

U.S. POSTAL SERVICE **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Dennis G. Taheny, Ltd.
19 Watergate
S. Barrington, IL 60010

One piece of ordinary mail addressed to:

Mr. Timothy Ferrell and
Heritage Commications of Chicago, Inc.
798 Albion Avenue
Chicago, IL 60193

ARLINGTON HEIGHTS APR USPS 60004 9669

**IN THE CIRCUIT COURT OF COOK COUNTY**
**MUNICIPAL DEPARTMENT**

| | |
|---|---|
| Diane Janura | ) |
| | ) |
| Plaintiff | ) |
| Vs. | ) |
| | ) |
| Heritage Communications of Chicago, Inc. a Delaware Corporation & Timothy Ferrell, individually | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT

**NOW COMES** your Affiant, DENNIS G. TAHENY, ESQ., and pursuant to Supreme Court Rule 222(b) states that the total of money damages sought does : exceed $50,000.00.

Dennis G. Taheny

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be of information and belief and s to such matters the undersigned certifies as aforestated that he/she verily believes the same to be true.

Dennis G. Taheny

DENNIS G. TAHENY, LTD. #70537
Attorney for Plaintiff
19 Watergate
S. Barrington, IL 60010
847/382-4511

**This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on this 18th day of May, 2005, a copy of the foregoing NOTICE OF REMOVAL OF DEFENDANTS was mailed, first-class, postage prepaid to the following counsel:

Dennis G. Taheny, Ltd.
19 Watergate
S. Barrington, Illinois 60010
(847) 382-4511

Daniel R. Madock

Daniel R. Madock